BLACK & WASHKO LLP
Bradford J. Black (SBN 252031)
bblack@bwlitigation.com
Frank M. Washko (SBN 252010)
fwashko@bwlitigation.com
333 Main Street, Suite 2A
San Francisco, California 94105
Telephone:  415-369-9423
Facsimile:   415-520-6840

DESMARAIS LLP
John M. Desmarais (*pro hac vice*)
jdesmarais@desmaraisllp.com
Michael P. Stadnick (*pro hac vice*)
mstadnick@desmaraisllp.com
230 Park Avenue
New York, New York 10169
Telephone:  212-351-3400
Facsimile:   212-351-3401

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

XILINX, INC.,

          Plaintiff,

v.

INVENTION INVESTMENT FUND I LP,
INVENTION INVESTMENT FUND II LLC,
INTELLECTUAL VENTURES LLC,
INTELLECTUAL VENTURES
MANAGEMENT LLC,
INTELLECTUAL VENTURES I LLC, and
INTELLECTUAL VENTURES II LLC,

          Defendants.

Case No.:   C 11-cv-0671-LHK

**DECLARATION OF AMEET A. MODI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS XILINX'S COMPLAINT FOR DECLARATORY JUDGMENT**

I, Ameet A. Modi, declare that:

1. I am an associate in the law firm Desmarais LLP and counsel for Defendants in the present action. I am competent to give this Declaration. Except where otherwise indicated, I make this Declaration based on personal knowledge.

2. Attached hereto as Ex. A is a true and correct copy of the Complaint as filed by Intellectual Ventures I LLC and Intellectual Ventures II LLC on December 8, 2010 in Case No. 1:10-cv-1065-LPS in the District of Delaware.

3. Attached hereto as Ex. B is a true and correct copy of the Answer, Affirmative Defenses, And Counterclaims To Plaintiffs' First Amended Complaint as filed by Altera Corporation on March 4, 2011 in Case No. 1:10-cv-1065-LPS in the District of Delaware.

4. Attached hereto as Ex. C is a true and correct copy of the Answer, Defenses, And Counterclaims To Plaintiffs' First Amended Complaint as filed by Lattice Semiconductor Corporation on March 4, 2011 in Case No. 1:10-cv-1065-LPS in the District of Delaware.

5. Attached hereto as Ex. D is a true and correct copy of the First Amended Answer, Affirmative Defenses, And Counterclaims To First Amended Complaint as filed by Microsemi Corporation on March 22, 2011 in Case No. 1:10-cv-1065-LPS in the District of Delaware.

6. Attached hereto as Ex. E is a true and correct copy of the First Amended Complaint as filed by Intellectual Ventures I LLC and Intellectual Ventures II LLC on February 15, 2011 in Case No. 1:10-cv-1065-LPS in the District of Delaware.

7. Attached hereto as Ex. F is a true and correct copy of a printout from http://assignments.uspto.gov/assignments/?db=pat generated by inputting "5524251" into the "Patent Number" field.

8. Attached hereto as Ex. G is a true and correct copy of a printout from http://assignments.uspto.gov/assignments/?db=pat generated by inputting "5751736" into the "Patent Number" field.

9. Attached hereto as Ex. H is a true and correct copy of a printout from http://assignments.uspto.gov/assignments/?db=pat generated by inputting "5887165" into the "Patent

MODI DECL. IN SUPPORT OF DEFS.' MOTION TO DISMISS
Case No. 11-cv-0671-LHK
PAGE 2

Number" field.

10. Attached hereto as Ex. I is a true and correct copy of a printout from http://assignments.uspto.gov/assignments/?db=pat generated by inputting "6321331" into the "Patent Number" field.

11. Attached hereto as Ex. J is a true and correct copy of a printout from http://assignments.uspto.gov/assignments/?db=pat generated by inputting "6747350" into the "Patent Number" field.

12. Attached hereto as Ex. K is a true and correct copy of a printout from http://assignments.uspto.gov/assignments/?db=pat generated by inputting "6768497" into the "Patent Number" field.

13. Attached hereto as Ex. L is a true and correct copy of a printout from http://assignments.uspto.gov/assignments/?db=pat generated by inputting "7100061" into the "Patent Number" field.

14. Attached hereto as Ex. M is a true and correct copy of a printout from http://assignments.uspto.gov/assignments/?db=pat generated by inputting "6687865" into the "Patent Number" field.

15. Attached hereto as Ex. N is a true and correct copy of a printout from http://assignments.uspto.gov/assignments/?db=pat generated by inputting "6993669" into the "Patent Number" field.

16. Attached hereto as Ex. O is a true and correct copy of a printout from http://assignments.uspto.gov/assignments/?db=pat generated by inputting "7080301" into the "Patent Number" field.

17. Attached hereto as Ex. P is a true and correct copy of a printout from http://assignments.uspto.gov/assignments/?db=pat generated by inputting "5687325" into the "Patent Number" field.

18. Attached hereto as Ex. Q is a true and correct copy of a printout from http://assignments.uspto.gov/assignments/?db=pat generated by inputting "6252527" into the "Patent

Number" field.

19. Attached hereto as Ex. R is a true and correct copy of a printout from http://assignments.uspto.gov/assignments/?db=pat generated by inputting "6260087" into the "Patent Number" field.

20. Attached hereto as Ex. S is a true and correct copy of a printout from http://assignments.uspto.gov/assignments/?db=pat generated by inputting "6272646" into the "Patent Number" field.

21. Attached hereto as Ex. T is a true and correct copy of a printout from http://assignments.uspto.gov/assignments/?db=pat generated by inputting "6408415" into the "Patent Number" field.

22. Attached hereto as Ex. U is a true and correct copy of a printout from http://assignments.uspto.gov/assignments/?db=pat generated by inputting "6698001" into the "Patent Number" field.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York.

DATED: April 11, 2011

Ameet A. Modi