BLACK & WASHKO LLP
Bradford J. Black (SBN 252031)
bblack@bwlitigation.com
Frank M. Washko (SBN 252010)
fwashko@bwlitigation.com
333 Main Street, Suite 2A
San Francisco, California 94105
Telephone:  415-369-9423
Facsimile:   415-520-6840

DESMARAIS LLP
John M. Desmarais (*pro hac vice*)
jdesmarais@desmaraisllp.com
Michael P. Stadnick (*pro hac vice*)
mstadnick@desmaraisllp.com
230 Park Avenue
New York, New York 10169
Telephone:  212-351-3400
Facsimile:   212-351-3401

*Attorneys for Defendants*

**DENIED**
*Susan Illston*
Judge Susan Illston

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

XILINX, INC.,

           Plaintiff,

v.

INVENTION INVESTMENT FUND I LP,
INVENTION INVESTMENT FUND II LLC,
INTELLECTUAL VENTURES LLC,
INTELLECTUAL VENTURES
MANAGEMENT LLC,
INTELLECTUAL VENTURES I LLC, and
INTELLECTUAL VENTURES II LLC,

           Defendants.

Case No.:   C 11-cv-0671-LHK

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16 AND F.R.C.P. 7.1**

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil L.R. 7-11 and 79-5, the Court GRANTS Defendants' Administrative Motion To File Its Certificate Of Interested Entities Or Persons Pursuant to Civil Local Rule 3-16 and F.R.C.P. 7.1 under seal.

The Clerk shall file Defendants' Certificate of Interested Entities or Persons Pursuant to Civil Local Rule 3-16 and F.R.C.P. 7.1 under seal and it shall remain sealed unless and until this Court orders otherwise.

**IT IS SO ORDERED.**

DATED: _____  _____
Honorable Lucy H. Koh
United States District Court Judge