BLACK & CHANG LLP
Bradford J. Black (SBN 252031)
bblack@blackandchang.com
Peter H. Chang (SBN 241467)
pchang@blackandchang.com
333 Main Street, Suite 2A
San Francisco, California 94105
Telephone:     415-369-9423
Facsimile:     415-520-6840

DESMARAIS LLP
John M. Desmarais (admitted *pro hac vice*)
jdesmarais@desmaraisllp.com
Michael P. Stadnick (admitted *pro hac vice*)
mstadnick@desmaraisllp.com
230 Park Avenue
New York, NY 10169
Telephone:     212-351-3400
Facsimile:     212-351-3401

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| XILINX, INC.,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>INVENTION INVESTMENT FUND I LP,<br>INVENTION INVESTMENT FUND II LLC,<br>INTELLECTUAL VENTURES LLC,<br>INTELLECTUAL VENTURES<br>MANAGEMENT LLC,<br>INTELLECTUAL VENTURES I LLC, and<br>INTELLECTUAL VENTURES II LLC,<br><br>　　　　　　　Defendants. | **Case No. 11-cv-0671-SI**<br><br>**DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16 AND F.R.C.P. 7.1** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Adobe Systems Incorporated:  Financial interest in Defendant Invention Investment Fund II, LLC

- Allen SBH Investments LLC:  Financial interest in Defendants Invention Investment Fund I, L.P., and Intellectual Ventures I LLC

- Amazon.com NV Investment Holdings Inc., an affiliate of Amazon.com, Inc.:  Financial interest in Defendants Invention Investment Fund I, L.P., and Invention Investment Fund II, LLC

- American Express Travel Related Services Company, Inc.:  Financial interest in Defendant Invention Investment Fund I, L.P.

- Apple Inc.:  Financial interest in Defendants Invention Investment Fund I, L.P., Invention Investment Fund II, LLC, and Intellectual Ventures II LLC

- Board of Regents of The University of Texas System:  Financial interest in Defendants Invention Investment Fund II, LLC, and Intellectual Ventures II LLC

- The Board of Trustees of the Leland Stanford Junior University:  Financial interest in Defendants Invention Investment Fund II, LLC, and Intellectual Ventures II LLC

- Brown University:  Financial interest in Defendants Invention Investment Fund II, LLC, and Intellectual Ventures II LLC

- Bush Foundation:  Financial interest in Defendants Invention Investment Fund II, LLC, and Intellectual Ventures II LLC

- Certain funds of Charles River Ventures:  Financial interest in Defendants Invention Investment Fund I, L.P., Invention Investment Fund II, LLC, Intellectual Ventures I LLC, and Intellectual Ventures II LLC

- Cisco Systems, Inc.:  Financial interest in Defendants Invention Investment Fund II, LLC, and Intellectual Ventures II LLC

- Commonfund Capital Venture Partners VII, L.P.:  Financial interest in Defendants

Invention Investment Fund I, L.P., and Intellectual Ventures I LLC

- Cornell University:  Financial interest in Defendants Invention Investment Fund I, L.P., Invention Investment Fund II, LLC, Intellectual Ventures I LLC, and Intellectual Ventures II LLC

- Detelle Relay KG, LLC:  Non-financial interest in the outcome of the litigation

- Detkin, Peter:  Financial and/or non-financial interest in Defendants Invention Investment Fund I, L.P., Invention Investment Fund II, LLC, Intellectual Ventures I LLC, Intellectual Ventures II LLC, and Intellectual Ventures Management, LLC

- Dobkin, Eric:  Financial interest in Defendants Invention Investment Fund I, L.P., Invention Investment Fund II, LLC, Intellectual Ventures I LLC, and Intellectual Ventures II LLC

- Dore Capital, L.P., and affiliate of The Vanderbilt University:  Financial interest in Defendants Invention Investment Fund I, L.P., and Intellectual Ventures I LLC

- eBay Inc.:  Financial interest in Defendants Invention Investment Fund I, L.P., and Invention Investment Fund II, LLC

- Fields, Richard:  Financial interest in Defendants Invention Investment Fund I, L.P., Invention Investment Fund II, LLC, Intellectual Ventures I LLC, and Intellectual Ventures II LLC

- Flag Capital:  Financial interest in Defendants Invention Investment Fund II, LLC, and Intellectual Ventures II LLC

- The Flora Family Foundation:  Financial interest in Defendants Invention Investment Fund II, LLC, and Intellectual Ventures II LLC

- Google Inc.:  Financial interest in Defendant Invention Investment Fund I, L.P.

- Gorder, Gregory:  Financial and/or non-financial interest in Defendants Invention Investment Fund I, L.P., Invention Investment Fund II, LLC, Intellectual Ventures I LLC, Intellectual Ventures II LLC, and Intellectual Ventures Management, LLC

- Gould, Paul:  Financial interest in Defendants Invention Investment Fund I, L.P., and Intellectual Ventures I LLC

- Grinnell College:  Financial interest in Defendants Invention Investment Fund II, LLC, and Intellectual Ventures II LLC

- Holiber, Adam:  Financial interest in Defendants Invention Investment Fund II, LLC, and Intellectual Ventures II LLC

- Howard Hughes Medical Institute:  Financial interest in Defendants Invention Investment Fund I, L.P., Invention Investment Fund II, LLC, Intellectual Ventures I LLC, and Intellectual Ventures II LLC

- Intel Corporation:  Financial interest in Defendants Invention Investment Fund I, L.P., and Invention Investment Fund II, LLC

- Intellectual Venture Funding LLC:  Non-financial interest in the outcome of the litigation

- International Bank for Reconstruction and Development, as trustee:  Financial interest in Defendants Invention Investment Fund II, LLC, and Intellectual Ventures II LLC

- JP Morgan Chase Bank, N.A., as trustee for White Plaza Group Trust:  Financial interest in Defendants Invention Investment Fund I, L.P., and Intellectual Ventures I LLC

- Jung, Edward:  Financial and/or non-financial interest in Defendants Invention Investment Fund I, L.P., Invention Investment Fund II, LLC, Intellectual Ventures I LLC, Intellectual Ventures II, LLC, Intellectual Ventures Management, LLC and Intellectual Ventures, LLC

- Latrosse Technologies, LLC:  Non-financial interest in the outcome of the litigation

- Legacy Ventures:  Financial interest in Defendants Invention Investment Fund II, LLC, and Intellectual Ventures II LLC

- Mayo Clinic and Mayo Foundation Master Retirement Trust:  Financial interest in Defendants Invention Investment Fund I, L.P., Invention Investment Fund II, LLC, Intellectual Ventures I LLC, and Intellectual Ventures II LLC

- Certain funds of McKinsey and Company, Inc.:  Financial interest in Defendants Invention Investment Fund II, LLC, and Intellectual Ventures II LLC

- Microsoft Corporation:  Financial interest in Defendants Invention Investment Fund, I L.P., Invention Investment Fund II, LLC, Intellectual Ventures I LLC, and Intellectual Ventures II LLC

- Myhrvold, Nathan:  Financial and non-financial interest in Defendants Invention Investment Fund I, L.P., Invention Investment Fund II, LLC, Intellectual Ventures I LLC, Intellectual Ventures II LLC, Intellectual Ventures Management, LLC, and Intellectual Ventures, LLC

- Next Generation Partners V, L.P.:  Financial interest in Defendants Invention Investment Fund I, L.P., and Intellectual Ventures I LLC

- Nokia Corporation:  Financial interest in Defendants Invention Investment Fund I, L.P., Invention Investment Fund II, LLC, Intellectual Ventures I LLC, and Intellectual Ventures II LLC

- Noregin Assets N.V., L.L.C.:  Financial interest in the outcome of the litigation

- Northwestern University:  Financial interest in Defendants Invention Investment Fund I, L.P., Invention Investment Fund II, LLC, Intellectual Ventures I LLC, and Intellectual Ventures II LLC

- Nvidia International Holdings, Inc., an affiliate of Nvidia Corporation:  Financial interest in Defendants Invention Investment Fund I, L.P., and Invention Investment Fund II, LLC

- OC Applications Research LLC:  Financial interest in the outcome of the litigation

- Peretsman, Nancy:  Financial interest in Defendants Invention Investment Fund I, L.P., Invention Investment Fund II, LLC, Intellectual Ventures I LLC, and Intellectual Ventures II LLC

- Reading Hospital:  Financial interest in Defendants Invention Investment Fund II, LLC, and Intellectual Ventures II LLC

- Roldan Block NY, LLC:  Financial interest in the outcome of the litigation

- SAP America, Inc.:  Financial interest in Defendants Invention Investment Fund I, L.P., and Invention Investment Fund II, LLC

- Sequoia Holdings, LLC:  Financial interest in Defendants Invention Investment Fund I, L.P., and Intellectual Ventures I LLC

- Sony Corporation:  Financial interest in Defendants Invention Investment Fund I, L.P., Invention Investment Fund II, LLC, Intellectual Ventures I LLC, and Intellectual Ventures II LLC

- Taichi Holdings, LLC:  Non-financial interest in the outcome of the litigation

- The Rockefeller Foundation:  Financial interest in Defendant Invention Investment Fund I, L.P., and Intellectual Ventures I LLC

- Skillman Foundation:  Financial interest in Defendants Invention Investment Fund II, LLC, and Intellectual Ventures II LLC

- Sohn Partners:  Financial interest in Defendants Invention Investment Fund II, LLC, and Intellectual Ventures II LLC

- Certain funds of TIFF Private Equity Partners:  Financial interest in Defendants Invention Investment Fund I, L.P., Invention Investment Fund II, LLC, Intellectual Ventures I LLC, and  Intellectual Ventures II LLC

- TR Technologies Foundation LLC:  Non-financial interest in the outcome of the litigation

DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES                    CASE NO. 11-cv-0671-SI

- Trustees of the University of Pennsylvania:  Financial interest in Defendants Invention Investment Fund II, LLC, and Intellectual Ventures II LLC

- University of Southern California:  Financial interest in Defendants Invention Investment Fund II, LLC, and Intellectual Ventures II LLC

- University of Minnesota:  Financial interest in Defendants Invention Investment Fund II, LLC, and Intellectual Ventures II LLC

- Verizon Corporate Services Group Inc., an affiliate of Verizon Communications Inc.:  Financial interest in Defendants Invention Investment Fund II, LLC, and Intellectual Ventures II LLC

- The William and Flora Hewlett Foundation:  Financial interest in Defendants Invention Investment Fund II, LLC, and Intellectual Ventures II LLC

- Xilinx, Inc.:  Financial interest in Defendants Invention Investment Fund I, L.P., and Invention Investment Fund II, LLC

- Yahoo! Inc.:  Financial interest in Defendants Invention Investment Fund I, L.P., and Invention Investment Fund II, LLC

Date:  May 16, 2011

Respectfully submitted,

BLACK & CHANG LLP
Bradford J. Black
Peter H. Chang

DESMARAIS LLP
John M. Desmarais
Michael P. Stadnick

By:___*Bradford J. Black /s/*_____
　　　　Bradford J. Black

*Attorneys for Defendants*