Behrooz Shariati (State Bar No. 174436)
bshariati@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:   650-739-3939
Facsimile:   650-739-3900

Attorneys for Plaintiff
XILINX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XILINX, INC., | Case No.  3:11-cv-00671 SI |
| Plaintiff, | |
| v. | XILINX, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT FOR DECLARATORY JUDGMENT |
| INVENTION INVESTMENT FUND I LP, INVENTION INVESTMENT FUND II LLC, INTELLECTUAL VENTURES LLC, INTELLECTUAL VENTURES MANAGEMENT LLC, INTELLECTUAL VENTURES I LLC, INTELLECTUAL VENTURES II LLC, | Date:         July 29, 2011<br>Time:         9:00 a.m.<br>Place:        Courtroom 10, 19th Floor<br>Judge:       Honorable Susan Illston |
| Defendants. | **FILED UNDER SEAL** |