Behrooz Shariati (State Bar No. 174436)
bshariati@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: 650-739-3939
Facsimile: 650-739-3900

Attorneys for Plaintiff
XILINX, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| XILINX, INC., | Case No. 3:11-cv-00671 SI |
| Plaintiff, | |
| v. | **DECLARATION OF BEHROOZ SHARIATI IN SUPPORT OF XILINX, INC.'S REPLY IN SUPPORT OF ITS MOTION TO ENJOIN** |
| INVENTION INVESTMENT FUND I LP, INVENTION INVESTMENT FUND II LLC, INTELLECTUAL VENTURES LLC, INTELLECTUAL VENTURES MANAGEMENT LLC, INTELLECTUAL VENTURES I LLC, INTELLECTUAL VENTURES II LLC, | |
| Defendants. | |

I, BEHROOZ SHARIATI, declare:

1. I am a partner in the law firm of Jones Day, 1755 Embarcadero Road, Palo Alto, California 94303, and counsel of record for Plaintiff Xilinx, Inc.("Xilinx") in the above-captioned action. I am a member in good standing of the State Bar of California and admitted to practice before this Court. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

2. I submit this Declaration in support of Xilinx's Reply to Its Motion to Enjoin.

3. Attached as **Exhibit 1** is a true and correct copy of a February 16, 2011, email communication from Nathan Myhrvold, co-founder of Intellectual Ventures, to Moshe Gavrielov, Xilinx's CEO and Vice President, regarding Xilinx's filing of this Action.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 15th day of July, 2011 in Palo Alto, California.

                                                /s/ Behrooz Shariati
                                                  Behrooz Shariati

SVI-95518v1