**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking | | General Court Number |
| Clerk | | 415.522.2000 |

July 28, 2011

USDC for the District of Delaware
Clerk's Office
844 N King Street
Wilmington, De 19801-3570

RE: CV 11-00671 SI   Xilinx, Inc.-v-Invention Investment Fund I LP

Dear Clerk,

Pursuant to an order transferring, IN PART the above captioned case to your court, transmitted herewith are:

☒   Certified copy of docket entries.

☐   Certified copy of Transferral Order.

☐   Original case file documents.

☐   Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

/s/

by:  Yumiko Saito
Case Systems Administrator

Enclosures
Copies to counsel of record