Behrooz Shariati (State Bar. No. 174436)
bshariati@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:  (650) 739-3939
Facsimile:   (650) 739-3900

Attorney for Plaintiff
XILINX, INC.

Bradford J. Black (SBN 252031)
bblack@bchllp.com
BLACK & CHANG LLP
333 Bush Street, Suite 2250
San Francisco, CA 94104
Office: 415.813.6211
Mobile: 202.415.9583

DESMARAIS LLP
John M. Desmarais (admitted pro hac vice)
jdesmarais@desmaraisllp.com
Michael P. Stadnick (admitted pro hac vice)
mstadnick@desmaraisllp.com
230 Park Avenue
New York, NY 10169
Telephone:    212-351-3400
Facsimile:      212-351-3401

Attorneys for Defendants
INTELLECTUAL VENTURES LLC,
INTELLECTUAL VENTURES
MANAGEMENT LLC,
INTELLECTUAL VENTURES I LLC,
INTELLECTUAL VENTURES II LLC,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XILINX, INC.,<br><br>                Plaintiff,<br>         v.<br><br>INTELLECTUAL VENTURES LLC,<br>INTELLECTUAL VENTURES<br>MANAGEMENT LLC,<br>INTELLECTUAL VENTURES I LLC,<br>INTELLECTUAL VENTURES II LLC,<br>                Defendants. | Case No. 3:11-cv-00671 SI<br><br>**STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

Pursuant to Local Rule 6-1 and 6-2 and Plaintiff Xilinx, Inc. ("Xilinx") and Defendants Intellectual Ventures LLC, Intellectual Ventures Management, Intellectual Ventures I LLC, and Intellectual Ventures II LLC (collectively, "Defendants"), by and through their respective counsel of record, hereby request the Court issue an Order extending the time for Defendants to answer, move or otherwise respond to Xilinx's First Amended Complaint from September 19, 2011 through and including September 23, 2011.

The parties jointly request the brief extension to permit them time to meet and confer on issues that have been raised by the parties' recent filings in this and other related cases. The requested extension would be the first extension to Defendants' deadline to respond to the First Amended Complaint, and would have no effect on the case schedule.

Dated: September 16, 2011        JONES DAY

                                 By:  /s/ Behrooz Shariati

                                 Attorneys for Plaintiff
                                 XILINX, INC.

DATED: September 16, 2011        BLACK & CHANG LLP

                                 By:  /s/ Bradford Black

                                 Attorneys for Defendants
                                 INTELLECTUAL VENTURES LLC,
                                 INTELLECTUAL VENTURES
                                 MANAGEMENT LLC,
                                 INTELLECTUAL VENTURES I LLC, and
                                 INTELLECTUAL VENTURES II LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  9/19/11                  By: /s/ Susan Illston
                                 THE HONORABLE SUSAN ILLSTON
                                 United States District Judge
                                 Northern District of California