| | |
|---|---|
| Behrooz Shariati (State Bar No. 174436) bshariati@jonesday.com Laurie M. Charrington (State Bar No. 229679) lmcharrington@jonesday.com JONES DAY 1755 Embarcadero Road Palo Alto, CA 94303 Telephone: 650-739-3939 Facsimile: 650-739-3900 Attorneys for Plaintiff XILINX, INC. | Bradford J. Black (SBN 252031) bblack@bchllp.com Peter H. Chang (SBN 241467) pchang@bchllp.com BLACK CHANG & HAMILL LLP 333 Bush Street, Suite 2250 San Francisco, CA 94104 Telephone: 415-813-6210 Facsimile: 415-813-6222 Attorneys for Defendants INTELLECTUAL VENTURES, LLC INTELLECTUAL VENTURES MANAGEMENT LLC, INTELLECTUAL VENTURES I LLC, and INTELLECTUAL VENTURES II LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| XILINX, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>INTELLECTUAL VENTURES, LLC, INTELLECTUAL VENTURES MANAGEMENT, LLC, INTELLECTUAL VENTURES I LLC, INTELLECTUAL VENTURES II LLC,<br><br>        Defendants. | Case No. 3:11-cv-00671 SI<br><br>**SECOND STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

Pursuant to Local Rule 6-1 and 6-2 and Plaintiff Xilinx, Inc. ("Xilinx") and Defendants Intellectual Ventures, LLC, Intellectual Ventures Management, LLC, Intellectual Ventures I LLC, and Intellectual Ventures II LLC (collectively, "Defendants"), by and through their respective counsel of record, hereby request the Court issue an Order extending the time for Defendants to answer, move or otherwise respond to Xilinx's First Amended Complaint from September 23, 2011 until September 30, 2011.

The parties jointly request the brief extension to permit Xilinx to file a Second Amended Complaint, which Xilinx intends to do on or before September 30, 2011. The requested extension will be the second extension to Defendants' deadline to respond to the First Amended Complaint, and will have no effect on the case schedule.

**IT IS SO STIPULATED.**

DATED: September 23, 2011          JONES DAY

                                   By: /s/ Laurie M. Charrington
                                       Laurie M. Charrington

                                   Attorneys for Plaintiff
                                   XILINX, INC.

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: September 23, 2011          BLACK CHANG & HAMILL LLP

                                   By: /s/ Peter H. Chang
                                       Peter H. Chang

                                   Attorneys for Defendants
                                   INTELLECTUAL VENTURES, LLC
                                   INTELLECTUAL VENTURES
                                   MANAGEMENT LLC,
                                   INTELLECTUAL VENTURES I LLC, and
                                   INTELLECTUAL VENTURES II LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____    By: _____
THE HONORABLE SUSAN ILLSTON
United States District Judge
Northern District of California

SVI-97915

- 3 -

SECOND STIPULATED REQUEST TO
EXTEND TIME TO RESPOND
Case No. 3:11-cv-00671 SI