| | |
|---|---|
| Behrooz Shariati (State Bar No. 174436)<br>bshariati@jonesday.com<br>Laurie M. Charrington (State Bar No. 229679)<br>lmcharrington@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone:   650-739-3939<br>Facsimile:   650-739-3900<br><br>Attorneys for Plaintiff<br>XILINX, INC. | Bradford J. Black (SBN 252031)<br>bblack@bchllp.com<br>Peter H. Chang (SBN 241467)<br>pchang@bchllp.com<br>BLACK CHANG & HAMILL LLP<br>333 Bush Street, Suite 2250<br>San Francisco, CA 94104<br>Telephone: 415-813-6210<br>Facsimile: 415-813-6222<br><br>Attorneys for Defendants<br>INTELLECTUAL VENTURES, LLC<br>INTELLECTUAL VENTURES<br>MANAGEMENT LLC,<br>INTELLECTUAL VENTURES I LLC, and<br>INTELLECTUAL VENTURES II LLC |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| XILINX, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>INTELLECTUAL VENTURES, LLC,<br>INTELLECTUAL VENTURES<br>MANAGEMENT, LLC,<br>INTELLECTUAL VENTURES I LLC,<br>INTELLECTUAL VENTURES II LLC,<br><br>    Defendants. | Case No. 3:11-cv-00671 SI<br><br>**SECOND STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

Pursuant to Local Rule 6-1 and 6-2 and Plaintiff Xilinx, Inc. ("Xilinx") and Defendants Intellectual Ventures, LLC, Intellectual Ventures Management, LLC, Intellectual Ventures I LLC, and Intellectual Ventures II LLC (collectively, "Defendants"), by and through their respective counsel of record, hereby request the Court issue an Order extending the time for Defendants to answer, move or otherwise respond to Xilinx's First Amended Complaint from September 23, 2011 until September 30, 2011.

The parties jointly request the brief extension to permit Xilinx to file a Second Amended Complaint, which Xilinx intends to do on or before September 30, 2011. The requested extension will be the second extension to Defendants' deadline to respond to the First Amended Complaint, and will have no effect on the case schedule.

**IT IS SO STIPULATED.**

DATED: September 23, 2011     JONES DAY

By: /s/ Laurie M. Charrington
    Laurie M. Charrington

Attorneys for Plaintiff
XILINX, INC.

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: September 23, 2011     BLACK CHANG & HAMILL LLP

By: /s/ Peter H. Chang
    Peter H. Chang

Attorneys for Defendants
INTELLECTUAL VENTURES, LLC
INTELLECTUAL VENTURES
MANAGEMENT LLC,
INTELLECTUAL VENTURES I LLC, and
INTELLECTUAL VENTURES II LLC

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED:

3 | Dated: 9/27/11     By: /s/ Susan Illston
THE HONORABLE SUSAN ILLSTON
United States District Judge
Northern District of California

SVI-97915