1  BLACK CHANG & HAMILL LLP             JONES DAY
   Bradford J. Black (SBN 252031)        Behrooz Shariati (SBN 174436)
2  bblack@bchllp.com                     bshariati@jonesday.com
   Peter H. Chang (SBN 241467)           1755 Embarcadero Road
3  pchang@bchllp.com                     Palo Alto, California 94303
4  333 Bush Street, Suite 2250           Telephone:  650-739-3920
   San Francisco, California 94104       Facsimile:   650-739-3900
5  Telephone:    415-813-6210
   Facsimile:    415-813-6222            Attorneys for Plaintiff
6                                        XILINX, INC.
7  DESMARAIS LLP
   John M. Desmarais (admitted pro hac vice)
8  jdesmarais@desmaraisllp.com
   Michael P. Stadnick (admitted pro hac vice)
9  mstadnick@desmaraisllp.com
   230 Park Avenue
10 New York, NY 10169
   Telephone:    212-351-3400
11 Facsimile:    212-351-3401
12
   Attorneys for Defendants
13 (See signature page for complete
    list of parties represented)
14

15              UNITED STATES DISTRICT COURT

16      FOR THE NORTHERN DISTRICT OF CALIFORNIA

17              SAN FRANCISCO DIVISION

18

19
   XILINX, INC.,                         Case No.:  C 11-cv-0671-SI
20
                     Plaintiff,          **STIPULATED REQUEST TO EXTEND
21                                       TIME TO FILE INITIAL DISCLOSURES
                                         AND TO CHANGE TIME TO BEGIN
22 v.                                    DISCOVERY**

23 INTELLECTUAL VENTURES LLC,
   INTELLECTUAL VENTURES
24 MANAGEMENT LLC,
   INTELLECTUAL VENTURES I LLC, and
25 INTELLECTUAL VENTURES II LLC,

26
                     Defendants.
27

28
                              -1-

STIPULATED REQUEST TO CHANGE TIME                    C 11-cv-0671-SI

1

2    Pursuant to Local Rules 6-1 and 6-2, defendants Intellectual Ventures LLC, Intellectual Ventures

3  Management LLC, Intellectual Ventures I LLC, and Intellectual Ventures II LLC (collectively,

4  "Defendants") and plaintiff Xilinx, Inc., by and through their attorneys of record, respectfully request

5  that the Court issue an order to

6    1.  extend the time for the parties to make the initial disclosures from October 3, 2011, as

7        provided by the Court's Amended Civil Pretrial Minutes (Dkt. No. 89), to and including

8        October 31, 2011; and

9    2.  change the time for the parties to begin discovery from that provided by Federal Rule of

10       Civil Procedure 26(d)(1) to and including October 31, 2011.

11

12   The parties jointly request this order to permit them time to meet and confer on issues raised by

the parties' recent filings in this and other related cases.

13

14   The parties have previously requested a second brief extension to the time for Defendants to

15  respond to the First Amended Complaint from September 23, 2011 to September 30, 2011, to permit

16  Xilinx to file a Second Amended Complaint, which Xilinx intends to do on or before September 30,

17  2011.  (Dkt. No. 93.)

18   The requested extension of time to make initial disclosures and to change time to begin

19  discovery would have no effect on the remaining dates in the case schedule.

20

21                                              Respectfully submitted,

22  Dated:  September 26, 2011                   BLACK CHANG & HAMILL LLP
                                                Peter H. Chang
23

24                                              By:_____/s/ Peter H. Chang_____
                                                        Peter H. Chang
25

26                                              Attorneys for Defendants Intellectual Ventures LLC,
                                                Intellectual Ventures Management LLC, Intellectual
27                                              Ventures I LLC, and Intellectual Ventures II LLC

28

STIPULATED REQUEST TO CHANGE TIME                              C 11-cv-0671-SI

1

2    Dated:  September 26, 2011          JONES DAY
                                         Behrooz Shariati
3

4
                                         By:  ___/s/ Behrooz Shariati_____
5                                                  Behrooz Shariati

6                                        Attorneys for Plaintiff Xilinx, Inc.

7

8
                                    **Attestation**
9

10        I, Peter H. Chang, attest that concurrence in the filing of this document has been obtained from

11   Behrooz Shariati, counsel for Plaintiff Xilinx, Inc.  I declare under penalty of perjury that the foregoing

12   is true and correct.  Executed this 26th day of September 2011 in San Francisco, California.

13
                                         ___/s/ Peter H. Chang_____
14                                       Peter H. Chang

15

16

17

18

19   **PURSUANT TO STIPULATION, IT IS SO ORDERED**

20

21

22   Dated:   9/27/11                     By: _____

23                                        The Honorable Susan Illston
                                         United States District Judge
24

25

26

27

28
                                         -3-

STIPULATED REQUEST TO CHANGE TIME                                   C 11-cv-0671-SI