| | |
|---|---|
| Behrooz Shariati (State Bar No. 174436)<br>bshariati@jonesday.com<br>Laurie M. Charrington (State Bar No. 229679)<br>lmcharrington@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: 650-739-3939<br>Facsimile: 650-739-3900<br><br>Attorneys for Plaintiff<br>XILINX, INC. | Bradford J. Black (SBN 252031)<br>bblack@bchllp.com<br>Peter H. Chang (SBN 241467)<br>pchang@bchllp.com<br>BLACK CHANG & HAMILL LLP<br>333 Bush Street, Suite 2250<br>San Francisco, CA 94104<br>Telephone: 415-813-6210<br>Facsimile: 415-813-6222<br><br>Attorneys for Defendants<br>INTELLECTUAL VENTURES, LLC<br>INTELLECTUAL VENTURES<br>MANAGEMENT LLC,<br>INTELLECTUAL VENTURES I LLC, and<br>INTELLECTUAL VENTURES II LLC |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| XILINX, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>INTELLECTUAL VENTURES LLC,<br>INTELLECTUAL VENTURES<br>MANAGEMENT LLC,<br>INTELLECTUAL VENTURES I LLC,<br>INTELLECTUAL VENTURES II LLC,<br><br>        Defendants. | Case No. 3:11-cv-00671 SI<br><br>**STIPULATION TO RELATE THIS ACTION WITH CASE NO. 5:11-CV-04407 PSG** |

1   Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff Xilinx, Inc. ("Xilinx") and
2   Defendants Intellectual Ventures LLC, Intellectual Ventures Management LLC, Intellectual
3   Ventures I LLC, and Intellectual Ventures II LLC ("IV" or "Defendants," and together with
4   Xilinx, the "Parties"), jointly submit this Stipulation To Relate This Action With Case No. 5:11-
5   cv-04407 PSG. The Parties agree that relating the instant action with the later-filed case (*Xilinx,*
6   *Inc. v. Intellectual Ventures, LLC, et al.*, Case No. 5:11-cv-04407 PSG) would avoid duplication
7   of effort, conserve Court and party resources, and provide for efficiencies through case
8   coordination.
9       NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, through their
10  respective counsel of record, that this action should be related to Case No. 5:11-cv-04407 PSG.
11      **IT IS SO STIPULATED.**

12  DATED: September 28, 2011          JONES DAY

14                                    By:  /s/ Laurie M. Charrington
                                           Laurie M. Charrington

15                                    Attorneys for Plaintiff
16                                    XILINX, INC.

17  In accordance with General Order No. 45, Section X(B), the above signatory attests that
18  concurrence in the filing of this document has been obtained from the signatory below.

20  DATED: September 28, 2011          BLACK CHANG & HAMILL LLP

22                                    By:  /s/ Peter H. Chang
                                           Peter H. Chang

23                                    Attorneys for Defendants
24                                    INTELLECTUAL VENTURES, LLC
                                      INTELLECTUAL VENTURES
25                                    MANAGEMENT LLC,
                                      INTELLECTUAL VENTURES I LLC, and
26                                    INTELLECTUAL VENTURES II LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: _____  By: _____
THE HONORABLE SUSAN ILLSTON
United States District Judge
Northern District of California

SVI-97633